

Pablo A. Fernandez
Senior Counsel
400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.355.9660
paf@hornwright.com

December 9, 2024

**VIA ECF ONLY**
Honorable Hector Gonzalez
US District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re.:    *Sheikh v. The Port Authority of New York and New Jersey, et al.*
              1:24-cv-06309 (HG)

Dear Judge Gonzalez:

    Horn Wirght, LLP represents Plaintiff Adnan Seikh ("Plaintiff") in connection with the above-referenced matter. I write further to Your Honor's Electronic Order, dated December 3, 2024, and in response to Defendant City's premotion conference request [*DE34*].

    We have now had an opportunity to confer with our client and he has authorized us to discontinue all claims as against Defendants, City of New York ("City"), Queens County District Attorney's Office ("QCDA"), New York Police Department John Does 11-20 and Queens County Assistant District Attorney John Does 21-30 (collectively referred to as the "City Defendants") only. In terms of City Defendants assertion that Plaintiff "frivolously and unjustifiably names the NYPD and 'John Doe' NYPD officers as defendants," same is rejected. *DE34*, footnote 1. Plaintiff was unable to definitively state whether NYPD officers had participated in his unlawful arrest.

    Therefore, Plaintiff shall discontinue all claims as against City Defendants only.

    Thanking the Court for its time and consideration, I remain

                                        Respectfully,
                                        **HORN WRIGHT, LLP**

                      By:    */S Pablo A. Fernandez*
                               Pablo A. Fernandez

cc:    All Parties (*Via ECF Only*)