UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------ X

ADNAN SHEIKH,

          Plaintiff,

     -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY POLICE DEPARTMENT, PORT AUTHORITY POLICE OFFICER KONRAD KULEC, individually and in his official capacity, PORT AUTHORITY POLICE OFFICER JANE/JOHN DOES #1-10 (representing as yet unknown and unidentified members of the Port Authority Police Department), individually and in their official capacities, CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE OFFICER JANE/JOHN DOES #11-20 (representing as yet unknown and unidentified members of the New York City Police Department), individually and in their official capacities, QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE, QUEENS COUNTY DISTRICT ATTORNEY, individually and in her official capacity, and QUEENS COUNTY ASSISTANT DISTRICT ATTORNEY JANE/JOHN DOES #21-30 (representing as yet unknown and unidentified members of the Queens County District Attorney's Office), individually and in their official capacities,

          Defendants.

1:24-cv-06309 (HG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)1(A)(i)**

------------------------------------------------------------------------------------------ X

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Adnan Sheikh, by his counsel, Horn Wright, LLP, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendants, City of New York, New York City Police Department, New York Police Department Jane/John Does 11-20, Queens County District Attorney's Office, and Queens County Assistant District Attorney Jane/John Does 21-30, **ONLY**.

Dated: December 11, 2024

               **HORN WRIGHT, LLP**

       By: _____
               Pablo A. Fernandez, Esq.
               400 Garden City Plaza, Suite 500
               Garden City, New York 11530
               Tel: (516) 355-9696

TO: All Parties (*Via ECF Only*)