# Exhibit 1

## Notice of Location for Service on The Port Authority of New York and New Jersey

Personal service of Notices of Claim, Summonses and Complaints, or Subpoenas for records and other documents to be made on the Port Authority or its wholly-owned corporate entities (including Port Authority Trans-Hudson Corporation (PATH), the Newark Legal and Communications Center Urban Renewal Corporation, or the New York and New Jersey Railroad Corporation) that must be served upon an officer of the Port Authority or of the respective entity in the State of New York may be made at 4 World Trade Center, 150 Greenwich Street, 23rd Floor, New York, New York 10007.

Personal service of Notices of Claim, Summonses and Complaints, or Subpoenas for records and other documents that must be served upon an officer of the Port Authority or of the respective entity in the State of New Jersey may be made at the New Jersey offices of the Law Department of The Port Authority of New York and New Jersey at 2 Montgomery Street, 3rd Floor, Jersey City, New Jersey 07302.

Appropriate photo identification is required at both locations.

- Effective December 7, 2015