Exhibit 2

**Pablo Fernandez**

| | |
|---|---|
| **From:** | Diane Murphy |
| **Sent:** | Friday, September 20, 2024 3:32 PM |
| **To:** | Lauren Vasil |
| **Cc:** | Court Support Inc.; Pablo Fernandez |
| **Subject:** | RE: 24-0087 Adnan Sheikh v. Port Authority of NY & NJ |

Thank you Lauren!

Best regards,
Diane

**Diane Murphy**
*Senior Paralegal*

 Horn Wright LLP
ATTORNEYS AT LAW

📞 (516) 355-9691
📠 (516) 213-7779
🌐 www.hornwright.com

400 Garden City Plaza, Suite 500
Garden City, NY 11530

New York • Vermont • New Hampshire • Maine • New Jersey

Notice: If you are not the intended recipient please delete this email and advise the sender.

**From:** Lauren Vasil <lvasil@courtsupportinc.com>
**Sent:** Friday, September 20, 2024 3:17 PM
**To:** Diane Murphy <dem@hornwright.com>
**Cc:** Court Support Inc. <service@courtsupportinc.com>
**Subject:** Re: 24-0087 Adnan Sheikh v. Port Authority of NY & NJ

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Hi Diane,
My server went to 241 Erie Street and was advised all legal documents must be delivered to 2 Montgomery Street, Jersey City, NJ.
He successfully served them there yesterday 9/19 at 2:51pm.

Thank you,
Lauren

On Wed, Sep 18, 2024 at 9:45 AM Lauren Vasil <lvasil@courtsupportinc.com> wrote:
> Good morning Diane,
> Please see the attached affidavits on non-service for this matter.
> As per your instructions, we are now trying the Jersey City, NJ address.

1

Thank you!
Lauren

On Tue, Sep 10, 2024 at 12:44 PM Diane Murphy <dem@hornwright.com> wrote:

Good afternoon:

Please find attached a Civil Cover Sheet, Issued Summons with Rider, and Complaint to be served on all Defendants as soon as possible, not rushed, at the addresses on the Summons Rider.

**The only exception:** when you serve the Port Authority at 4 World Trade Center, 150 Greenwich Street, 24th Fl, please see if it will accept service for Defendants Port Authority Police Department, Port Authority Police Officer Konrad Kulec, and Port Authority Police Officer John/Jane Does #1-10.  If it will not, then attempt service for those 3 Defendants at the address on the Summons Rider at 241 Erie Street, Jersey City, NJ (or if someone at the Port Authority instructs the process server to use a different address to serve those Defendants, let me know as we are not positive on the address to serve those 3 Defendants.)

Kindly send the Affidavits of Service to me for filing.

Should you have any questions or issues with service, do not hesitate to contact me.
Thank you –


Best regards,
Diane



**Diane Murphy**

Senior Paralegal

400 Garden City Plaza, Suite 500

2

Garden City, NY 11530

Phone: (516) 355-9696

Fax: (516) 213-7779

dem@hornwright.com

www.hornwright.com

Notice: This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail please delete it from your system and advise the sender.

--

*Lauren Vasil*
Court Support Inc.
265 Post Avenue
Ste. 150
Westbury, NY 11590
516-742-7455

--

*Lauren Vasil*
Court Support Inc.
265 Post Avenue
Ste. 150
Westbury, NY 11590
516-742-7455

3